# NO. 12-14-00244-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE ESTATE* | § | *APPEAL FROM THE* |
| *OF THELMA PAULINE TAYLOR* | § | *COUNTY COURT OF* |
| *ERWIN, DECEASED* | § | *HENDERSON COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant's brief was due on June 22, 2015. However, Appellant did not file a brief on that date. On June 23, 2015, this court notified Appellant that her brief was past due. Appellant was warned that the appeal may be dismissed for want of prosecution unless, on or before July 3, 2015, she filed a motion for extension of time to file the brief. *See* Tex. R. App. P. 38.8(a)(1), 42.3(c). Appellant also was informed that the motion must include a reasonable explanation for her failure to timely file her brief and show that Appellee has not suffered significant injury thereby. *See* Tex. R. App. P. 38.8(a)(1).

To date, Appellant has not filed a brief or a motion for extension of time. Accordingly, we ***dismiss*** the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Opinion delivered July 8, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 8, 2015**

**NO. 12-14-00244-CV**

**IN THE MATTER OF THE ESTATE OF
THELMA PAULINE TAYLOR ERWIN, DECEASED**

Appeal from the County Court

of Henderson County, Texas (Tr.Ct.No. 28-2014)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this court is without jurisdiction of the appeal, and that the appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*